IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Glenda R. Couram, | ) |
|                 Plaintiff, | ) C/A No. 3:11-3200-MBS-PJG |
| vs. | ) |
| | ) **ORDER AND OPINION** |
| Lula N. Davis; Shirley Rivers; Constance Rhett; Marcia Adams, former director or current director of SCDMV; Dottie Blankenship; Tosha Autry; SC Department of Motor Vehicles, in their official and individual capacities, | ) |
|                 Defendants. | ) |

On June 27, 2012, this court issued an order adopting the recommendation of the Magistrate Judge and denying Plaintiff's motion to remand because Plaintiff's proposed amended complaint contained federal causes of action. On July 11, 2012, Plaintiff filed a motion requesting that the court reconsider this order. The court notes that on August 7, 2012, Plaintiff filed an amended complaint. The court further notes that this amended complaint does not contain any federal causes of action. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and accordingly remands this action to state court. *See* 28 U.S.C. § 1367(c); *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343 (1988). Plaintiff's motion for reconsideration is denied as moot.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Chief United States District Judge

Columbia, South Carolina

August 20, 2012.